UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : WAIVER OF INDICTMENT

       v. : S4 10 Cr. 228 (LTS)

DAVID L. KUGEL, :

       Defendant. :

- - - - - - - - - - - - - - - - X

DAVID L. KUGEL, the defendant, who is accused of violating Title 15, United States Code, Sections 78j(b), 78q(a), 78ff, 80b-4, 80b-17; Title 17, Code of Federal Regulations, Sections 240.10b-5, 240.17a-3 and 275.204-2; and Title 18, United States Code, Sections 371, 1344, and 2 being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

[Signature]
Defendant

[Signature]
Witness

[Signature]
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2011

Date: New York, New York
     November 11, 2011