

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2013

BY HAND

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 2 2013
```

    Re:  **United States v. David Kugel**
          **S4 10 Cr. 228 (LTS)**

**MEMO ENDORSED**

Dear Judge Swain:

    The Government respectfully requests that the sentencing control date for the defendant David Kugel in the above-referenced case, which is currently scheduled for April 19, 2013, be adjourned for six months given Kugel's continuing cooperation with the Government. Martin Adelman, Esq., counsel to Kugel, consents to this request.

                                    Respectfully submitted,

                                      PREET BHARARA
                                    United States Attorney

                     By: _____
                              Julian J. Moore
                              Lisa A. Baroni
                              Assistant U.S. Attorneys
                              (212) 637-2473 / 637-2405

*The sentencing control date is adjourned to October 25, 2013, at 2:00pm.*

cc: Martin Adelman, Esq.

**SO ORDERED:**

_/s/ Laura Taylor Swain_    4/11/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE