```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 8 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                                           No. 10 Crim. 228 (LTS)

David L. Kugel (7),

                        Defendant(s).
-------------------------------------------------------X

## ORDER

The sentencing scheduled for October 25, 2013, is rescheduled to **March 14, 2014 at 3:00 p.m.** in Courtroom 17C.

Dated: New York, New York
         October 18, 2013

                                                              _____
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge