UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

-against-

DAVID KUGEL,

                Defendants.

No. 10CR0228-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 6 2014

ORDER

The Court has received a request from Defendant David Kugel for appointment of new counsel in this case.

A conference will be held on **Friday, October 10 at 12:15 pm**, at which time any application for appointment of counsel will be heard. CJA counsel Steven K. Frankel, Esq., is directed to attend.

SO ORDERED.

Dated: New York, New York
October 6, 2014

LAURA TAYLOR SWAIN
United States District Judge

10.6.14DKugelChangeofCounselorder2.wpd    version 10/6/14