UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,                No. 10CR0228-LTS

-against-

DAVID KUGEL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2014

### ORDER

The change of counsel hearing in this matter originally scheduled for Friday, October 10, 2014, at 12:15 pm is hereby rescheduled to **Friday, October 24, 2014, at 9:30 a.m.**

SO ORDERED.

Dated: New York, New York
       October 8, 2014

_____
LAURA TAYLOR SWAIN
United States District Judge