UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                   No. 10CR228-LTS

DAVID KUGEL (7),

                     Defendant.

-------------------------------------------------------X

## ORDER

      Martin B. Adelman, Daniel L. Zelenko and Michael V. Blumenthal are relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by CJA counsel, Patrick J. Joyce.

      SO ORDERED.

Dated: New York, New York
       October 24, 2014

                                             LAURA TAYLOR SWAIN
                                             United States District Judge