```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DAVID KUGEL,

                Defendant.

---

10 cr 228 (LTS)

**ORDER EXONERATING BAIL**

    **IT IS HEREBY ORDERED**, that upon the application of counsel for David Kugel, that Mr. Kugel's personal recognizance bond in this matter is hereby exonerated and released and all securities on Mr. Kugel's bond are also released and all liens on any property in connection with said bond are also released.

    **IT IS FURTHER ORDERED** that the Pre-Trial Service Agency or any other entity that has custody of Mr. Kugel's passport return it to the defendant, David Kugel.

**SO ORDERED.**

_____  7/7/15
Honorable Laura Taylor Swain